# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 25, 2016

## NO. 03-15-00492-CV

**Heather Martin and John Brown, Appellants**

**v.**

**Leonora Brown, Appellee**

---

**APPEAL FROM THE COUNTY COURT AT LAW NO. 1 OF BELL COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES PURYEAR AND PEMBERTON**
**REVERSED AND RENDERED -- OPINION BY JUSTICE PURYEAR**
**DISSENTING OPINION BY JUSTICE PEMBERTON**

---

This is an appeal from the judgment signed by the trial court on July 7, 2015. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the judgment. Therefore, the Court reverses the trial court's judgment granting appellee an unconditional life estate in the San Saba property and renders judgment that the San Saba property belongs to appellants in fee simple. Appellee shall pay all costs relating to this appeal, both in this Court and the court below.